UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ROGELIO DAVID CAMPOS,** Plaintiff | CIVIL DOCKET NO. 1:21-CV-01962 SEC P |
| **VERSUS** | **JUDGE DRELL** |
| **CITY OF NATCHITOCHES ET AL,** Defendants | **MAGISTRATE JUDGE PEREZ-MONTES** |

### REPORT AND RECOMMENDATION

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983 filed by *pro se* Plaintiff Rogelio David Campos ("Campos"). ECF No. 1. Campos complains that his constitutional rights were violated by the City of Natchitoches, Cpl. Joseph Keyser, and Sgt. Stephen L. Rachal, Jr.

Because Campos has failed to comply with the Order to amend (ECF No. 5), his Complaint (ECF No. 1) should be DISMISSED WITHOUT PREJUDICE.

I.  **Background**

Campos was ordered to amend his Complaint to provide additional facts in support of his claims. ECF No. 5. He filed four motions for extension of time within which to comply with the Order. ECF Nos. 6, 8, 10, 12. All of the motions were granted. Pursuant to the last and final Order granting an extension, Campos was to submit an Amended Complaint by January 25, 2022. ECF No. 13.

## II. Law and Analysis

A district court may dismiss an action for the plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte*. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

Campos has failed to comply with the Court's Order to amend his Complaint despite being afforded four extensions of time within which to do so. ECF Nos. 7, 9, 11, 13.

## III. Conclusion

Because Campos has failed to comply with the Court's Order (ECF No. 5), IT IS RECOMMENDED that the Complaint (ECF No. 1) be DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and

Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Monday, February 7, 2022.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE