UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**ROGELIO DAVID CAMPOS**  CASE NO. 1:21-CV-01962 SEC P
Plaintiff

**VERSUS**  JUDGE DRELL

**CITY OF NATCHITOCHES ET AL**  MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 14), after an independent review of the record, including the Objections filed by Plaintiff (ECF No. 15), and noting that Plaintiff has still failed to comply with the Court's Order of August 24, 2021, despite his Objection;

IT IS ORDERED that the Complaint (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure. In so ruling we note the Objections to be vague and general with no evidentiary support and still no attempt to comply with the Court's prior orders.

THUS, DONE AND SIGNED, at Alexandria, Louisiana, on this 17th day of March 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT